1  LYNN V. RIVERA, ESQ.
   NEVADA BAR NO. 6797
2  **BURNHAM BROWN**
   A Professional Law Corporation
3  200 S. Virginia Street, 8th Floor
   Reno, Nevada 89501
4  ---
   Telephone:    (775) 398-3065
5  Facsimile:    (877) 648-5288
   Email:        lrivera@burnhambrown.com
6
   Attorneys for Defendant
7  HOME DEPOT U.S.A., INC. (Erroneously sued herein as
   HOME DEPOT USA, INC., a foreign corporation)
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11  MICHAEL BAXTER, individually,          Case No. 3:18-cv-00353-HDM-CBC

12              Plaintiff,
                                           **ORDER GRANTING
13  v.                                     STIPULATION FOR DISMISSAL**

14  HOME DEPOT USA, INC., a foreign
    corporation; and DOES I-V,
15
                Defendants.
16

17         IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel of record, that the above-captioned action be dismissed with prejudice, each party to

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

bear its own attorney's fees, costs and related expenses.

DATED:  November 19, 2018                    DATED:  November 19, 2018

BURNHAM BROWN                                KILPATRICK, ADLER & BULLENTINI


/s/ Lynn V. Rivera                           /s/ Charles M. Kilpatrick
LYNN V. RIVERA                               Charles M. Kilpatrick
Nevada Bar No. 6797                          Nevada Bar No. 00275
200 S. Virginia Street, 8th Floor            412 North Division Street
Reno, NV 89501                               Carson City, NV  89703
Attorneys for Defendant                      Attorneys for Plaintiff
HOME DEPOT U.S.A., INC. (Erroneously         MICHAEL BAXTER
sued herein as THE HOME DEPOT USA,
INC., a foreign corporation)


      IT IS SO ORDERED.


DATED:  _November 20, 2018_          _Howard D. McKibben_
                                     SENIOR U.S. DISTRICT JUDGE